IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY – NEWARK VICINAGE

| | |
|---|---|
| MARC ISENBERG, ET AL. on behalf of themselves and the Putative Class,<br><br>Plaintiffs<br><br>v.<br><br>TOYOTA MOTOR SALES, U.S.A., INC., TOYOTA MOTOR NORTH AMERICA, INC., and TOYOTA MOTOR CORPORATION,<br><br>Defendants | Civil Action No.<br>2:22-cv-05673-JXN-MAH |
| MARK CHATWIN, GIOI NGUYEN, MITHUN TALREJA and RAJIB DAS on behalf of themselves and the Putative Class,<br><br>Plaintiffs<br><br>v.<br><br>TOYOTA MOTOR SALES, U.S.A., INC., TOYOTA MOTOR NORTH AMERICA, INC. and TOYOTA MOTOR CORPORATION,<br><br>Defendants. | Civil Action No.<br>2:23-cv-03398-JXN-MAH |

## ~~PROPOSED~~ STIPULATION AND CONSENT ORDER CONSOLIDATING CASES AND SCHEDULING FILING AND BRIEFING DATES

Counsel for the plaintiffs and defendants in the above referenced cases having met and conferred, and having agreed to the consolidation of these two cases for all purposes, and good cause having been shown;

IT IS, on the 3rd day of October, 2023;

ORDERED THAT:

1

Whereas Plaintiffs filed the *Isenberg* action on behalf of 13 named plaintiffs on September 22, 2022 against Defendants, Toyota Motor Sales, U.S.A., Inc., Toyota Motor North America, Inc., and Toyota Motor Corporation;

Whereas Defendants' motion to dismiss has been fully briefed and remains pending;

Whereas Plaintiffs filed the *Chatwin* action on behalf of 4 named plaintiffs on June 22, 2023 against Defendants, Toyota Motor Sales, U.S.A., Inc., Toyota Motor North America, Inc., and Toyota Motor Corporation;

Whereas Defendants in the *Chatwin* action filed a request for a pre-motion conference in furtherance of moving to dismiss the *Chatwin* action;

Whereas counsel for Plaintiffs in both cases has responded by advising the Court that, in Plaintiffs' view, both cases arise from the same alleged problems with Toyota's high voltage wiring harness and the cable connector that is prone to corrosion, both cases are pending before the same Judge, and the same law firms are representing the parties in both cases;

Whereas counsel for Plaintiffs has advised counsel for Defendants and the Court that they are preparing to file a third action to address the claims of a new Plaintiff who is a citizen of Tennessee who has recently experienced a failure of the high voltage wiring harness and the cable connector due to corrosion in their 2021 Toyota Highlander AWD Hybrid vehicle resulting out of pocket costs of more than $7,500;

Whereas, Plaintiffs' counsel in responding to the pre-motion letter suggested to the Court that consolidation of these actions would streamline and economize pretrial proceedings and avoid duplication of effort;

Whereas Magistrate Judge Hammer issued a text order directing the parties to meet and confer on this issue;

2

Whereas on September 21, 2023, counsel for both sides met and conferred and agreed to consolidate the aforesaid cases on the condition that the Court agrees, and Plaintiffs file a Consolidated Class Action Complaint including all Plaintiffs and Claims within a reasonable time after the Court orders consolidation and permits the parties to set a new briefing schedule which is acceptable to the Court.

Now, therefore, the parties, by and through their undersigned counsel, stipulate and request entry of the following schedule:

Plaintiffs will file a Consolidated Class Action Complaint within 30 days of the Court ordering consolidation;

Defendants will file their Motion to Dismiss 30 days after the Consolidated Class Action Complaint has been filed;

Plaintiffs' Opposition to the Motion will be due 30 days after receipt of Defendants' Motion;

Defendants Reply in further support of the Motion will be due 15 [~~30~~] days after receipt of Plaintiffs' opposition papers; and

The return date of the Motion will be adjourned to the next available motion day.

The undersigned counsel for the Parties hereby consent to the form and entry of the within Order:

STIPULATED AND AGREED TO BY:

/s/ Randee M. Matloff
Bruce H. Nagel
Randee M. Matloff
**NAGEL RICE LLP**
103 Eisenhower Parkway
Roseland, New Jersey 07068
Telephone: (973) 618-0400
*Attorneys for Plaintiffs*

3

/s/ Tiffany M. Alexander
**NELSON MULLINS RILEY & SCARBOROUGH LLP**
Tiffany M. Alexander (Bar No. 000692002) (Local counsel)
1235 Westlakes Drive, Suite 215
Berwyn, PA 19312
Tel: 690-943-5351
tiffany.alexander@nelsonmullins.com

Jahmy S. Graham (Admitted *pro hac vice*) (Lead counsel)
Pacific Gateway, Suite 900
19191 South Vermont Ave.
Torrance, CA 90502
Tel: 424-221-7400
Fax: 424-221-7499
jahmy.graham@nelsonmullins.com
Matthew G. Lindenbaum (Admitted *pro hac vice*)
One Financial Center, Suite 3500
Boston, MA 02111
Tel: 617-217-4632
Fax: 617.217.4710
matthew.lindenbaum@nelsonmullins.com

*Counsel for Defendants Toyota Motor Sales, U.S.A., Inc., Toyota Motor North America, Inc., and Toyota Motor Corporation*

Dated: October 2, 2023

IT IS SO ORDERED ON THIS 3rd DAY OF OCTOBER 2023

Hon. Julien Xavier Neals
Hon. Michael A. Hammer

4